## Luzerne County Tax Claim.

Argued November 13, 1969.  Before BELL, C. J., COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*James M. Reinert,* appellant, in propria persona.

*Joseph A. Quinn, Jr.,* for appellees.

OPINION PER CURIAM, January 9, 1970:
Judgment affirmed.
Mr. Justice JONES took no part in the consideration or decision of this case,